UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 18-01768 |
| Socorro Chavez | ) | |
| | ) | |
| | ) | Chapter: 13 |
| | ) | Honorable Janet S. Baer |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDERING DENYING CHAPTER 13 FEE APPLICATION

The fee application filed in the above-captioned case by the Debtor's attorney at Docket No. 20 is hereby denied without prejudice for the following reason(s):

☑ The Form 2030 Disclosure of Compensation filed by the attorney carves out certain duties that are required under the Court-Approved Retention Agreement.

☐ There are discrepancies in the dollar figures in the documents.

☐ Actual signatures are missing on the Court-Approved Retention Agreement.

☐ The attorney failed to use the correct version of the Court-Approved Retention Agreement.

☐ Notice of the application is insufficient pursuant to Local Rule 5082-2D(1)(a) because the Creditor Meeting Notice attached to the application and served on all creditors does not disclose the amount of original compensation sought.

☐ Other:

The Debtor's attorney may refile the fee application in the above-captioned case only if the attorney files amended documents correcting the error(s) outlined above.

Enter:

Honorable Janet S. Baer
United States Bankruptcy Judge

Dated: 1 9 APR 2018